This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

KATHLEEN A. FRANKLIN,

Protestant-Appellant,

v.                                                                    No. 34,324

NEW MEXICO TAXATION AND
REVENUE DEPARTMENT,

Respondent-Appellee,

IN THE MATTER OF THE PROTEST
OF KATHLEEN A. FRANKLIN.

APPEAL FROM THE TAXATION AND REVENUE DEPARTMENT
Dee Dee Hoxie, Hearing Officer

Kathleen A. Franklin
Mesa, AZ

Pro Se Appellant

Elena Morgan
Santa Fe, NM

for Appellee

MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**

 

_____

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

 

_____

**CYNTHIA A. FRY, Judge**

 

_____

**LINDA M. VANZI, Judge**